### JACKSON, ex dem. BARHYDT, against CLOW.

ISSUE was joined in this cause the 29th of *May,* 1815, the venue being laid in the county of *Schenectady.* On the 16th of *October,* in *October* term, the defendant filed a plea, *puis darrein continuance,* and afterwards, but before the circuit at which the cause was noticed for trial, which was held on the last day of *October,* or 1st of *November,* a copy of the plea was served on the plaintiff's attorney, who, without regarding the plea, or entering it on the nisi prius record, had the defendant called, and on his default in not confessing lease, entry, and ouster, a nonsuit was entered. A certified copy of the plea was tendered at the circuit, when the cause was called.

*Where a plea, puis darrein continuance, is filed in term time, a copy of it must be served, but where the matter of the plea arises in vacation, so as it can only be offered at the circuit to prevent a trial, no copy is necessary.*

*M'Koun,* for the defendant, moved to set aside the nonsuit, and all subsequent proceedings, for irregularity, with costs.

*J. V. N. Yates,* contra.

*Per Curiam.* The plea of *puis darrein continuance* was put in in proper time; and the only question is, whether the defendant was bound to serve a copy of it at the time. Where the matter of the plea arises so as to render it necessary that the plea should be filed in term time, a copy of it must be served; but where the matter arises in vacation, so that the plea can only be offered at the circuit, in order to prevent a trial, a copy need not be served.

Motion denied.